

# MEMORANDUM OPINION

No. 04-10-00503-CV

## IN RE THE HOUSTON EXPLORATION CO.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebecca Simmons, Justice

Delivered and Filed: September 15, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On June 7, 2010, relator filed a petition for writ of mandamus. The court has considered relator's petition for writ of mandamus and the response of the real party in interest and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 6,252, styled *April S. Trump Ordiway, Individually and on behalf of the Estate of Kevin D. Ordiway Jr. and on behalf of McKenzee D. Ordiway, a child of Kevin D. Ordiway, Jr. v. The Houston Exploration Co.*, in the 49th Judicial District Court, Zapata County, Texas, the Honorable Jose Antonio Lopez presiding.